IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 4:16cr13-MW/MAF

COBY C. JONES,

    Defendant/Petitioner,
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 57, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 58. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 56, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

SO ORDERED on September 2, 2020.

                                         **s/ MARK E. WALKER**
                                         **Chief United States District Judge**